UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHAD JAMES (#29714-034)

VERSUS                                              CIVIL ACTION

BECKY GIDDENS                                       NUMBER 14-364-SDD-SCR

**RULING ON MOTION**

Again before the court is the plaintiff's Motion seeking an order requiring the U.S. Marshal to refund $88.64 to him, which is the unused portion of the plaintiff's $250.00 deposit for service costs. Record document number 14.

As explained in the previous Notice Regarding Motion issued March 19, 2015,[1] the U.S. Marshal advised the court that on February 10, 2015 a refund payment in the amount of $88.64 was processed by the U.S. Marshal's Unified Financial Management Systems and payment was made in the form of a check issued February 13, 2015 by the U.S. Treasury. Since then the U.S. Marshal has tracked the check and determined that it was negotiated on March 12, 2015. This is the day after the plaintiff signed his motion.

Accordingly, the plaintiff's Motion seeking an order requiring the U.S. Marshal to refund $88.64 to him is denied as moot.

Baton Rouge, Louisiana, June 4, 2015.

　　　　　　　　　　　　　　　　　　　　　　 /s/ Stephen C. Riedlinger
　　　　　　　　　　　　　　　　　　　　　　 STEPHEN C. RIEDLINGER
　　　　　　　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE

---

[1] Record document number 15.