## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

CHAD JAMES (#29714-034)  CIVIL ACTION NO.

VERSUS  14-364-SDD-SCR

BECKY GIDDENS
UNITED STATES DEPARTMENT
OF JUSTICE, FOR THE FBI

### RULING

This matter is before the Court on the *Motion for Reconsideration*[1] filed by *pro se* Plaintiff Chad James. The Defendant, United States of America, has filed an *Opposition*[2] to this motion. Plaintiff's motion fails to satisfy the requirements of either Rule 59 or Rule 60 of the Federal Rules of Civil Procedure and likewise fails to present any manifest error in the Court's findings that the Plaintiff lacks standing, fails to state a claim under Rule 12(b)(6), and that his claim is frivolous as a matter of law.

Accordingly, Plaintiff's *Motion for Reconsideration*[3] is DENIED.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 21 day of October, 2015.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 20.
[2] Rec. Doc. No. 21.
[3] Rec. Doc. No. 20..

Document Number: 29103